IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DATATERN, INC. <br><br> Plaintiff, <br><br> v. <br><br> ABBOTT LABORATORIES, *et al.*, <br><br> Defendants. | Civil Case No.: 2:11-cv-00203-TJW <br><br> **JURY TRIAL DEMANDED** |

### AGREED MOTION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT LOCKHEED MARTIN CORPORATION

Plaintiff DataTern, Inc. and Defendant Lockheed Martin Corporation ("Lockheed") file this Agreed Motion for Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(2) and (c).

Plaintiff and Defendant Lockheed hereby move for an order dismissing all claims asserted by Plaintiff against Defendant Lockheed in this action WITH PREJUDICE with each party to bear its own costs, expenses and attorneys' fees.

Dated: June 3, 2011

Respectfully submitted,

DATATERN, INC.

By: */s/ Timothy J. Haller*
Timothy J. Haller
Lead Attorney
Illinois State Bar No. 3125265
Gregory P. Casimer
Illinois State Bar No. 6257750
NIRO, HALLER & NIRO
181 West Madison Street, Suite 4600
Chicago, Illinois 60602
Telephone: (312) 236-0733
Facsimile: (312) 236-3137
haller@nshn.com
casimer@nshn.com

David P. Henry
Texas State Bar No. 24027015
Jason A. Holt
Texas State Bar No. 24041122
STEVENS, LOVE, HILL & HOLT, PLLC
P.O. Box 3427
Longview, TX 75606
Telephone: (903) 753-6760
Facsimile: (903) 753-6761
david@stevenslove.com
jason@stevenslove.com

*Attorneys for DataTern, Inc.*

LOCKHEED MARTIN CORPORATION

By: */s/ Matthew J. Moore* (with permission)
Matthew J. Moore
D.C. Bar No. 453773
Latham & Watkins LLP
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
matthew.moore@lw.com

*Attorney for Lockheed Martin Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served this June 3, 2011, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

> */s/ Gabriel I. Opatken*
> NIRO, HALLER & NIRO
> Attorneys for DataTern, Inc.