IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DATATERN, INC. | |
| Plaintiff, | Civil Case No.: 2:11-cv-00203-TJW |
| v. | **JURY TRIAL DEMANDED** |
| ABBOTT LABORATORIES, *et al.*, | |
| Defendants. | |

**ORDER OF DISMISSAL WITH PREJUDICE OF
DEFENDANT LOCKHEED MARTIN CORPORATION**

Plaintiff DataTern, Inc. and Defendant Lockheed Martin Corporation ("Lockheed") filed

their Agreed Motion for Dismissal with Prejudice of Defendant Lockheed Martin Corporation on

June 3, 2011. The Court is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that all claims in this action asserted by Plaintiff against

Defendant Lockheed are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that each party shall bear its own attorneys' fees and costs.

SIGNED this 13th day of June, 2011.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE