IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DATATERN, INC., | |
| Plaintiff, | Civil Case No.: 2:11-cv-00203-TJW |
| v. | **JURY TRIAL DEMANDED** |
| ABBOTT LABORATORIES, *et al.*, | |
| Defendants. | |

**ORDER OF DISMISSAL WITH PREJUDICE OF**
**DEFENDANT GENERAL DYNAMICS CORPORATION**

In consideration of the parties' Stipulated Motion for Dismissal of all claims with prejudice and all counterclaims as moot asserted between plaintiff DataTern, Inc. and defendant General Dynamics Corporation, the Stipulated Motion for Dismissal is GRANTED, and it is ORDERED, ADJUDGED, AND DECREED that all claims asserted in this suit between DataTern and General Dynamics Corporation are hereby dismissed with prejudice. If General Dynamics Corporation fails to make the required payment under the settlement agreement, DataTern will have the right to reinstate its claims against General Dynamics Corporation.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

SIGNED this 12th day of September, 2011.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE