IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DATATERN, INC., | |
| Plaintiff, | Civil Case No.: 2:11-cv-00203-DF |
| v. | **JURY TRIAL DEMANDED** |
| ABBOTT LABORATORIES, *et al.*, | |
| Defendants. | |

**ORDER OF DISMISSAL WITH PREJUDICE OF
DEFENDANT ABBOTT LABORATORIES**

In consideration of the parties' Stipulated Motion for Dismissal of all claims with prejudice and all counterclaims as moot asserted between plaintiff DataTern, Inc. ("DataTern") and defendant Abbott Laboratories ("Abbott"), the Stipulated Motion for Dismissal is GRANTED, and it is ORDERED, ADJUDGED, AND DECREED that all claims asserted in this suit between DataTern and Abbott are hereby dismissed with prejudice.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

**SIGNED this 28th day of November, 2011.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE