IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DATATERN, INC.,<br><br>     Plaintiff,<br><br>v.<br><br>ABBOTT LABORATORIES, *et al.*,<br><br>     Defendants. | Civil Case No.: 2:11-cv-00203-MHS-CMC |

**ORDER OF DISMISSAL WITH PREJUDICE OF
<u>DEFENDANT COMCAST CORPORATION</u>**

In consideration of the parties' having resolved their differences as set forth in their Stipulated Motion for Dismissal of all claims with prejudice and all counterclaims as moot asserted between Plaintiff DataTern, Inc. and Defendant Comcast Corporation, the Stipulated Motion for Dismissal (Doc. No. 135) is GRANTED, and it is ORDERED, ADJUDGED, AND DECREED that all claims asserted in this suit between DataTern, Inc. and Comcast Corporation are hereby dismissed with prejudice and all counterclaims are dismissed as moot.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

 **It is SO ORDERED.**

 **SIGNED this 25th day of November, 2012.**

                */s/ Michael Schneider*
                MICHAEL H. SCHNEIDER
                UNITED STATES DISTRICT JUDGE